UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2025
```

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,                      :
                                         :

    -against-                                   :          12-CR-862 (VEC)
                                          :          15-CR-537 (VEC)

DONOVAN REYNOLDS,                               :

                        :          <u>ORDER</u>

                 Defendant.         :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED THAT the conference scheduled for Friday, December 19,

2025, at 11:00 a.m. is adjourned to **Monday, December 22, 2025, at 9:30 a.m.** in Courtroom

20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  December 18, 2025**
      **New York, NY**
                                      **VALERIE CAPRONI**
                           **United States District Judge**