UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                :
                                         :
        -against-                        :
                                         :
DONOVAN REYNOLDS,                        :
                                         :
                        Defendant.       :

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025

12-CR-862 (VEC)
15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 22, 2025, the parties appeared before the Court and

Mr. Reynolds denied the specifications in Probation's December 11, 2025, Violation Report.

IT IS HEREBY ORDERED that the parties appear before the Court on **Friday,**

**February 6, 2026, at 3:00 p.m.**, in Courtroom 20C of the Daniel Patrick Moynihan Courthouse,

500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Mr. Zabel must submit a letter to the Court **no later**

**than Tuesday, December 23, 2025**, regarding any potential conflicts for Ms. Sanderson.

**SO ORDERED.**

**Date:  December 22, 2025**
         **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**