UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

DONOVAN REYNOLDS,

                       Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2026

12-CR-862 (VEC)
15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED THAT the conference scheduled for Friday, May 29, 2026, at 10:00 a.m. is adjourned to **Thursday, June 11, 2026, at 10:15 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  May 18, 2026**
      **New York, NY**

_____
    **VALERIE CAPRONI**
    **United States District Judge**